**United States District Court**
For the Northern District of California

1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7

8 In Re.                                            No. C 11-6311 SI (pr)

9 LEONARD SCOTT,                          **JUDGMENT**

10         Plaintiff.

11 _____/

12
        This action is dismissed without prejudice.
13

14
        IT IS SO ORDERED AND ADJUDGED.
15

16

17 Dated: May 2, 2012                    _____
                                                      SUSAN ILLSTON
18                                              United States District Judge

19

20

21

22

23

24

25

26

27

28