**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    In Re.                                    No. C 11-6311 SI (pr)

9    LEONARD SCOTT,                            **JUDGMENT**

10          Plaintiff.

11   _____/

12

13       This action is dismissed without prejudice.

14

15       IT IS SO ORDERED AND ADJUDGED.

16

17   Dated: May 2, 2012                        _____
                                               SUSAN ILLSTON
18                                             United States District Judge

19

20

21

22

23

24

25

26

27

28